

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00122-CV

| | | |
|---|---|---|
| Heriberto Martinez Gonzalez | § | From the 158th District Court |
| v. | § | of Denton County (15-04212-158) |
| EC Lewisville, LLC, d/b/a Elite Care Emergency Center; Greater Houston Emergency Physicians, PLLC, d/b/a Elite Care Emergency Center; and Dr. Harvey Castro | § | March 8, 2018 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees EC Lewisville, LLC, d/b/a Elite Care Emergency Center; Greater Houston Emergency Physicians, PLLC, d/b/a Elite care Emergency Center/ and Dr. Harvey Castro shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
　　　Justice Sue Walker